**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PHYSICIANS HEALTHSOURCE, INC.,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**TRANSCEPT PHARMA, INC.,** *et al.*,<br><br>    **Defendants.** | Case No.: 13-CV-5490 YGR<br><br>**ORDER GRANTING MOTION TO CHANGE TIME TO RESPOND TO MOTION TO CERTIFY CLASS (DKT. NO. 6)** |

The Court finds the Motion of Plaintiff Physicians Healthsource, Inc. to Change Time to Respond to Motion to Certify Class appropriate for decision without a hearing.

The Motion to Change Time is **GRANTED**. It is **ORDERED** that the response deadline for Plaintiff's Motion to Certify Class (Dkt. No. 5) is extended from December 11, 2013, to February 4, 2014.

This terminates Docket No. 6.

**IT IS SO ORDERED**.

Date: December 20, 2013

                                                        **YVONNE GONZALEZ ROGERS**
                                       **UNITED STATES DISTRICT COURT JUDGE**