| | |
|---|---|
| TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>BEN PATTERSON (CA SBN 268696)<br>BPatterson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522 | ROBERT C. SCHUBERT (CA SBN 62684)<br>rschubert@schubertlawfirm.com<br>WILLIEM F. JONCKHEER (CA SBN 178748)<br>wjonckheer@schubertlawfirm.com<br>SCHUBERT JONCKHEER & KOLBE LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>Telephone: 415.788.4220<br>Facsimile: 415.788.0161 |
| Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., Purdue Products L.P., Transcept Pharma, Inc. | Counsel for Plaintiff Physicians Healthsource, Inc. |
| THOMAS PROUTY (CA SBN 238950)<br>Thomas.prouty@troutmansanders.com<br>TROUTMAN SANDERS LLP<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614<br>Telephone: 949.622-2720<br>Facsimile: 949.622-2739 | BRIAN J. WANCA<br>bwanca@andersonwanca.com<br>ANDERSON & WANCA<br>3701 Algonquin Road, Ste 760<br>Rolling Meadows, IL 60008<br>Telephone: 847.368.1500<br>Facsimile: 847.368.1501 |
| Counsel for Defendant Logistic Innovations, LLC | Counsel for Plaintiff Physicians Healthsource, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSCEPT PHARMA, INC., PURDUE PHARMA L.P., PURDUE PHARMA INC., PURDUE PRODUCTS L.P., LOGISITC INNOVATIONS, LLC and JOHN DOES 1-10,<br><br>Defendants. | Case No.   CV 13-5490 YGR<br>**ORDER GRANTING STIPULATION ~~AND [PROPOSED] ORDER~~ CONCERNING PLAINTIFFS' MOTION TO CERTIFY CLASS** |

STIPULATION AND PROPOSED ORDER CONCERNING PLAINTIFFS' MOTION TO CERTIFY CLASS
Case No. CV 13-5490 YGR
sf-3376474

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through undersigned counsel, hereby respectfully stipulate, subject to the Court's approval, as follows:

1. In light of certain case law (e.g., *Damasco v. Clearwire Corp.*, 662 F.3d 891 (7th Cir. 2011)), Plaintiff Physicians Healthsource, Inc. filed a Motion to Certify Class (Docket No. 5) on November 27, 2013, to attempt to prevent individual settlement offers that potentially could moot its claim for class-wide relief.

2. On December 11, 2013, Plaintiff filed a Motion to Change Time to Respond to Motion to Certify Class, seeking to extend Defendants' time to respond to the Motion until February 4, 2014, to allow the parties an opportunity to negotiate and execute this stipulation. (*See* Docket No. 6.) The Court granted Plaintiff's Motion to Change Time on December 20, 2013. (Docket No. 11.)

3. On December 31, 2013, Plaintiff and Defendant Logistic Innovations, LLC ("LI") stipulated to extend LI's deadline to respond to the complaint, also to February 4, 2014. (Docket No. 12.)

4. The parties agree that Plaintiff's Motion to Certify Class is premature at this time. To prevent Plaintiff's Motion to Certify Class from remaining pending on the Court's docket for an extended period of time, the parties hereby agree as follows:

   a) Upon execution and filing of this stipulation, the parties request that the Court dismiss without prejudice the Plaintiff's Motion to Certify Class (Docket No. 5).

   b) From the time that the Court dismisses Plaintiff's Motion to Certify Class until the time that the Plaintiff files a renewed motion for class certification, Defendants agree not to make any individual settlement offer to Plaintiff Physicians Healthsource, Inc., or any new named plaintiff that is added to the case in the future, without that plaintiff's prior consent.

Accordingly, the parties respectfully request that the Court dismiss without prejudice Plaintiff's Motion to Certify Class (Docket No. 5).

Dated: January 31, 2014

TIFFANY CHEUNG
BEN PATTERSON
Morrison & Foerster LLP

By: /s/ Ben Patterson
    BEN PATTERSON
    BPatterson@mofo.com

Attorneys for Defendants
Purdue Pharma L.P., Purdue Pharma Inc., Purdue Products L.P., Transcept Pharma, Inc.

Dated: January 31, 2014

THOMAS PROUTY
Troutman Sanders LLP

By: /s/ Thomas Prouty
    THOMAS PROUTY
    Thomas.prouty@troutmansanders.com

Attorney for Defendant
Logistic Innovations, LLC

Dated: January 31, 2014

BRIAN J. WANCA
Anderson & Wanca

By: /s/ Brian J. Wanca
    BRIAN J. WANCA
    bwanca@andersonwanca.com

Attorney for Plaintiff
Physicians Healthsource, Inc.

PURSUANT TO STIPULATION, Plaintiff's Motion to Certify Class (Dkt. No. 5) is DENIED WITHOUT PREJUDICE.
Dated: February 4, 2014

YVONNE GONZALEZ ROGERS
United States District Judge

GENERAL ORDER 45 ATTESTATION

I, Ben Patterson, am the ECF User filing this STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFFS' MOTION TO CERTIFY CLASS. In compliance with General Order 45, X.B., I hereby attest that Thomas Prouty and Brian J. Wanca have concurred in this filing.

Dated: January 31, 2014

/s/ Ben Patterson
BEN PATTERSON

Attorney for Defendants