| | |
|---|---|
| 1 | TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com |
| 2 | BEN PATTERSON (CA SBN 268696)<br>BPatterson@mofo.com |
| 3 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 4 | San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendant<br>Purdue Pharma L.P., Purdue Pharma Inc., Purdue |
| 7 | Products L.P., Transcept Pharma, Inc. |
| 8 | STEPHEN H. TURNER (CA SBN 89627)<br>turner@lbbslaw.com |
| 9 | PATRIK JOHANSSON (CA SBN 231769)<br>johansson@lbbslaw.com |
| 10 | CHRISTOPER M. HABASHY (CA SBN 280725)<br>chabashy@lbbslaw.com |
| 11 | LEWIS BRISBOIS BISGAARD & SMITH LLP<br>221 North Figueroa Street |
| 12 | Los Angeles, CA 90012<br>Telephone: 213.250.1800 |
| 13 | Facsimile:213.250.7900 |
| 14 | Counsel for Defendant<br>Logistic Innovations, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSCEPT PHARMA, INC., PURDUE PHARMA L.P., PURDUE PHARMA INC., PURDUE PRODUCTS L.P., LOGISTIC INNOVATIONS, LLC and JOHN DOES 1-10,<br><br>Defendants. | Case No.   CV 13-5490 YGR<br><br>**DECLARATION OF<br>BEN PATTERSON IN SUPPORT<br>OF MOTION TO TRANSFER** |

PATTERSON DECL. ISO MOTION TO TRANSFER
Case No. CV 13-5490 YGR
sf-3383309

I, Ben Patterson, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Purdue Pharma L.P., Purdue Pharma Inc., Purdue Products L.P., and Transcept Pharma, Inc. in this action. I submit this Declaration in support of Defendants' Motion to Transfer. I make this Declaration based on my personal knowledge and discussions with support staff working under my direction. If called as a witness, I would testify to the facts set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of the "Class Action Complaint" filed by Plaintiff Physicians Healthsource, Inc. in the District of Connecticut in Case No. 12-cv-01208-SRU, dated August 17, 2012 (Docket No. 1).

3. Attached hereto as Exhibit 2 is a true and correct copy of the "First Amended Class Action Complaint" filed by Plaintiff Physicians Healthsource, Inc. in the District of Connecticut in Case No. 12-cv-01208-SRU, dated February 8, 2013 (Docket No. 69).

4. Attached hereto as Exhibit 3 is a true and correct copy of the "Class Action Complaint" filed by Plaintiff Physicians Healthsource, Inc. in the Northern District of California in this action, Case No. 13-cv-05490-YGR, dated November 26, 2013 (Docket No. 1).

5. Attached hereto as Exhibit 4 is a chart comparison of excerpts from (1) Plaintiff's February 8, 2013 Amended Complaint in the District of Connecticut case and (2) Plaintiff's November 26, 2013 Class Action Complaint filed in this action. This chart includes certain excerpts from the two complaints that are identical or significantly similar to each other.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Honorable Stefan R. Underhill's Ruling on Motion to Stay in the District of Connecticut in Case No. 12-cv-01208-SRU, dated February 3, 2014 (Docket No. 101).

7. Attached hereto as Exhibit 6 is a true and correct copy of the Transcript of Proceedings for the May 21, 2013 hearing regarding Defendants' motion to dismiss in the District of Connecticut in Case No. 12-cv-01208-SRU (Docket No. 90).

PATTERSON DECL. ISO MOTION TO TRANSFER
Case No. CV 13-5490 YGR
sf-3383309

1

1  8. Attached hereto as Exhibit 7 is a true and correct copy of Judge Underhill's Minute Order denying in part, and taking under advisement in part, Defendants' motion to dismiss Plaintiff's amended complaint issued in the District of Connecticut in Case No. 12-cv-01208-SRU, dated May 21, 2013 (Docket No. 84).

9. Attached hereto as Exhibit 8 is a true and correct copy of Judge Underhill's Ruling on Plaintiff's Motion for Class Certification in the District of Connecticut in Case No. 12-cv-01208-SRU, dated September 6, 2013 (Docket No. 93).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in San Francisco, California on this 20th day of February, 2014.

                                                 /s/ Ben Patterson
                                                 Ben Patterson

**ATTESTATION**

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this DECLARATION OF BEN PATTERSON IN SUPPORT OF MOTION TO TRANSFER. In compliance with Local Rule 5-1(i)(3), I hereby attest that Ben Patterson has concurred in this filing.

Dated: February 20, 2014              /s/ Tiffany Cheung
                                     TIFFANY CHEUNG