TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
BEN PATTERSON (CA SBN 268696)
BPatterson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Counsel for Defendants
Purdue Pharma L.P., Purdue Pharma Inc.,
Purdue Products L.P., Transcept Pharma, Inc.

STEPHEN H. TURNER (CA SBN 89627)
turner@lbbslaw.com
PATRIK JOHANSSON (CA SBN 231769)
johansson@lbbslaw.com
CHRISTOPER M. HABASHY (CA SBN 280725)
chabashy@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street
Los Angeles, CA 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Counsel for Defendant
Logistic Innovations, LLC

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSCEPT PHARMA, INC., PURDUE PHARMA L.P., PURDUE PHARMA INC., PURDUE PRODUCTS L.P., LOGISTIC INNOVATIONS, LLC and JOHN DOES 1-10,<br><br>Defendants. | Case No.   CV 13-5490 YGR<br><br>**DECLARATION OF BRIANNE WEINGARTEN IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER** |

DECL. ISO MOTION TO TRANSFER
Case No. CV 13-5490 YGR
sf-3381407

I, Brianne Weingarten, declare as follows:

1. I am an Executive Director, Alliance Management, at Purdue Pharma L.P. In my capacity as Executive Director, I have managed Purdue's business relationship with Transcept Pharma, Inc. ("Transcept") and have oversight of the interactions between Purdue and Transcept. In my capacity at Purdue, I have also become familiar with the company's business practices and records. I submit this Declaration in Support of Defendants' Motion to Transfer. I make this Declaration based on my personal knowledge. If called as a witness, I would competently testify to the facts set forth below.

2. I understand that Purdue Pharma L.P., Purdue Pharma Inc., and Purdue Products L.P. (collectively, "Purdue") have been named as Defendants in this action, and that Plaintiff has alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, related to the use of faxes.

3. Purdue's headquarters and principal place of business are located in Stamford, Connecticut. Purdue's core executive and administrative functions are primarily carried out from that location.

4. The employees at Purdue who are involved in its marketing operations and policies, including the use of faxes, work in Stamford, Connecticut. To my knowledge, the Purdue employees who Purdue expects would be most likely to testify regarding the subject matter of this litigation all work in Connecticut.

5. Purdue directs all of its marketing operations from Stamford, Connecticut. To my knowledge, no Purdue records or documents material to this case were created, received, or are currently maintained in the Northern District of California. Virtually all of the Purdue records or documents that might be relevant to this litigation are stored or maintained in Connecticut. Purdue's primary computer servers are located in Connecticut.

6. I understand that the Plaintiff in this matter, Physicians Healthsource, Inc., is located in Ohio. Because Physicians Healthsource, Inc. is located in Ohio, any sales representatives contacting it with respect to Purdue marketing would also be located in or near Ohio, not California.

7. Transcept developed Intermezzo, which I understand is the drug that is the underlying subject matter of the faxes at issue. Transcept exercises little to no control or monitoring over the marketing strategy for Intermezzo and does not control the use of marketing faxes. I anticipate there will be few, if any, Transcept witnesses who have information relevant to the core issues regarding marketing faxes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 20th day of February, 2014.

          /s/ Brianne Weingarten
          Brianne Weingarten

DECL. ISO MOTION TO TRANSFER
Case No. CV 13-5490 YGR
sf-3381407

2

**ATTESTATION**

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this DECLARATION OF BRIANNE WEINGARTEN IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER. In compliance with Local Rule 5-1(i)(3), I hereby attest that Brianne Weingarten has concurred in this filing.

Dated: February 20, 2014         /s/ Tiffany Cheung
                                     TIFFANY CHEUNG