```
 1 | TIFFANY CHEUNG (CA SBN 211497)
   | TCheung@mofo.com
 2 | BEN PATTERSON (CA SBN 268696)
   | BPatterson@mofo.com
 3 | MORRISON & FOERSTER LLP
   | 425 Market Street
 4 | San Francisco, California 94105-2482
   | Telephone: 415.268.7000
 5 | Facsimile: 415.268.7522
   |
 6 | Counsel for Defendants
   | Purdue Pharma L.P., Purdue Pharma Inc.,
 7 | Purdue Products L.P., Transcept Pharma, Inc.
   |
 8 | STEPHEN H. TURNER (CA SBN 89627)
   | turner@lbbslaw.com
 9 | PATRIK JOHANSSON (CA SBN 231769)
   | johansson@lbbslaw.com
10 | CHRISTOPER M. HABASHY (CA SBN 280725)
   | chabashy@lbbslaw.com
11 | LEWIS BRISBOIS BISGAARD & SMITH LLP
   | 221 North Figueroa Street
12 | Los Angeles, CA 90012
   | Telephone: 213.250.1800
13 | Facsimile:213.250.7900
   |
14 | Counsel for Defendant
   | Logistic Innovations, LLC
15 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSCEPT PHARMA, INC., PURDUE PHARMA L.P., PURDUE PHARMA INC., PURDUE PRODUCTS L.P., LOGISITC INNOVATIONS, LLC and JOHN DOES 1-10,<br><br>Defendants. | Case No.   CV 13-5490 YGR<br><br>**DECLARATION OF MERRILL CORRY IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER** |

DECL. ISO MOTION TO TRANSFER
Case No. CV 13-5490 YGR
4830-3228-4696.1 sf-3384502

I, Merrill Corry, declare as follows:

1. I am President of Logistic Innovations, LLC ("Logistic"). In that capacity at Logistic, I have also become familiar with the company's business practices and records. I submit this Declaration in Support of Defendants' Motion to Transfer. I make this Declaration based on my personal knowledge. If called as a witness, I would competently testify to the facts set forth below.

2. I understand that Logistic has been named as a Defendant in this action, and that Plaintiff has alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, related to the use of faxes.

3. Logistic's headquarters and principal place of business are located in New York City, New York. Logistic's core executive and administrative functions are primarily carried out from that location.

4. The employees at Logistic who are involved in its marketing operations and policies, including the use of faxes, work in New York. To my knowledge, the Logistic employees who Logistic expects would be most likely to testify regarding the subject matter of this litigation all work in New York.

5. Logistic directs all of its marketing operations from New York. To my knowledge, no Logistic records or documents material to this case were created, received, or are currently maintained in the Northern District of California. Most of the Logistic records or documents that might be relevant to this litigation are stored or maintained in New York or Texas where Logistic's primary computer servers are located.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in New York City, New York on this 18th day of February, 2014.

/s/ Merrill Corry 2/18/14

DECL. ISO MOTION TO TRANSFER
Case No. CV 13-5490 YGR
4830-3228-4696.1 sf-3384502

1