# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHYSICIANS HEALTHSOURCE, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **TRANSCEPT PHARMA, INC., PURDUE PHARMA, L.P.,** *ET. AL.*, <br><br> Defendants. | **Case No.: 13-CV-5490 YGR** <br><br> **ORDER TO SHOW CAUSE RE: SANCTIONS AGAINST PLAINTIFF PHYSICIANS HEALTHSOURCE, INC. AND ITS COUNSEL, ROBERT C. SCHUBERT, WILLEM F. JONCKHEER, AND BRIAN J. WANCA; CONTINUING HEARING ON MOTION TO TRANSFER** |

**TO PLAINTIFF PHYSICIANS HEALTHSOURCE, INC. AND ITS COUNSEL, ROBERT C. SCHUBERT, WILLEM F. JONCKHEER, AND BRIAN J. WANCA:**

You are **ORDERED TO SHOW CAUSE** why you should not be sanctioned for gross misrepresentations and unsupported arguments made in your opposition brief filed March 10, 2014 (Dkt. No. 31), including that: (1) Defendants neglect to mention or apply the Ninth Circuit factors weighed to determine whether transfer is warranted (Oppo. at 3:25-4:2); (2) Defendants offer no affidavit or other evidence to meet their burden of proof (Oppo. at 4:2-3); (3) this case presents an issue of California state law, in which a California court, would have a greater interest when no such claim is alleged (Oppo. at 11:5-7; Complaint); (4) there is no other claim pending against Defendants with which to consolidate this action (Oppo. at 11:18-19); (5) the subject advertisement was "likely planned and sent by employees working at [Defendant and drug developer] Transcept's headquarters in Point Richmond, California (Oppo at 7:8-10).

Plaintiff and its counsel shall submit a written response of no more than five pages no later than **April 15, 2014**.

Defendants, and their counsel, shall submit evidence concerning their attorneys' fee and costs incurred in the filing of their reply brief. See 28 U.S.C. § 1927 ("Any attorney… who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct"). Defendants shall submit this information no later than **April 15, 2014.**

Hearing on the Order to Show Cause is set for **Tuesday, April 22, 2014, at 2:00 p.m.,** in Courtroom 1, Federal District Court, 1301 Clay Street, Oakland.

The hearing on the Motion of Defendants Transcept Pharma, Inc., et al. to Transfer Venue to the District of Connecticut (Dkt. No. 26), currently set for April 15, 2014, is **CONTINUED to Tuesday, April 22, 2014, at 2:00 p.m.**

**IT IS SO ORDERED.**
Date: April 10, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**