UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHYSICIANS HEALTHSOURCE, INC.,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**TRANSCEPT PHARMA, INC., PURDUE PHARMA, L.P.,** *ET. AL.*,<br><br>        Defendants. | Case No.:  13-cv-5490 YGR<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND HEARING** |

The Court is in receipt of Plaintiff Physicians Healthsource Inc.'s Response to Order to Show Cause, filed April 15, 2014 (Dkt. No. 37).

The Court hereby **VACATES** the Order to Show Cause set for April 22, 2014, as well as the hearing on the Motion of Defendants Transcept Pharma, Inc., et al. to Transfer Venue to the District of Connecticut (Dkt. No. 26).

The Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Date: April 21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**